UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR22-66 DSD/DTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 1201(a)(1) |
| v. | |
| DERRICK JONATHAN FASIG, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Kidnapping)

On or about February 10, 2022, in the State and District of Minnesota, the defendant,

**DERRICK JONATHAN FASIG,**

did willfully and unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away A.S., and otherwise held her for his own benefit and purpose, and, in committing or in furtherance of the commission of the offense did willfully transport A.S. in interstate and foreign commerce from Minnesota to Wisconsin, all in violation of Title 18, United States Code, Section 1201(a)(1).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY              FOREPERSON

SCANNED
APR 19 2022
U.S. DISTRICT COURT MPLS